**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JULISSA TORAL                                                    PLAINTIFF

v.                              No. 4:26-cv-00046-BSM-ERE

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                    DEFENDANT

<u>**RECOMMENDED DISPOSITION**</u>

This Recommended Disposition ("RD") has been sent to United States District Judge Brian S. Miller. You may file objections if you disagree with the findings and conclusions set out in the RD. Objections should be specific, include a factual or legal basis, and be filed within fourteen days. If you do not object, you risk waiving the right to appeal questions of fact.

**I.      Background**

On January 14, 2026, Plaintiff Julissa Toral, proceeding *pro se*, filed a complaint in this case. *Doc. 2.* The administrative record was filed on March 11, 2026, making Ms. Toral's brief due on April 10, 2026. *Doc. 8*. On April 23, 2026, I advised Ms. Toral that she missed the deadline for filing her brief, extended her deadline to May 7, 2026, and warned her that failure to meet the new deadline could result in a recommended dismissal for failure to prosecute. *Doc. 9.* To date, Ms. Toral has not filed a brief, and the deadline for doing so has passed.

1

**II.    Conclusion**

IT IS THEREFORE RECOMMENDED THAT:

1.      This case be dismissed, without prejudice, for failure to prosecute.

2.      The Clerk of the Court be instructed to close this case.

Dated 13 May 2026.

_____
UNITED STATES MAGISTRATE JUDGE