**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JULISSA TORAL**                                                          **PLAINTIFF**

**v.**                             **CASE NO. 4:26-CV-00046-BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**
Commissioner

### ORDER

United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted.  Julissa Toral's claims are dismissed without prejudice and the clerk is directed to close her case.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE