**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JULISSA TORAL**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:26-CV-00046-BSM**

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE